

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00706-CV

**IN RE** Norma Gamez **MENDIOLA** and Roger **MENDIOLA**, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 23, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On October 16, 2024, Relators, Norma Gamez Mendiola and Roger Mendiola, filed a petition for writ of mandamus. After considering the petition and record in this case, the court concludes Relators are not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-03983, styled *Jesusa Maria Ramos v. Norma Gamez Mendiola and Roger Mendiola*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.